AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

Russell Francis Stenger

v.

Karen D. Brunson

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-07-5026-AAM

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED  The Petition is DISMISSED With Prejudice under Rule 4, Rules Governing Section 2254 Cases in the United States District Courts, as Petitioner is not entitled to the habeas relief he seeks in this court.

| | |
|---|---|
| 07/23/07 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Vikki Johnson |
| | *(By) Deputy Clerk* |
| | Vikki Johnson |