UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

RUSSELL F. STENGER,

              Petitioner,

    vs.

KAREN D. BRUNSON,

              Respondent.

NO.  CV-07-5026-CI

ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTION FOR RECONSIDERATION

Magistrate Judge Imbrogno filed a Report and Recommendation on September 5, 2007, recommending Mr. Stenger's Motion for Reconsideration be denied.  There being no objections, the court **ADOPTS** the Report and Recommendation.  The Motion (Ct. Rec. 13) is **DENIED.**

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, forward a copy to Petitioner and close the file.

**DATED** this_____9th____day of October, 2007.

*s/Lonny R. Suko*

LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTION FOR RECONSIDERATION -- 1